31 A.3d 656

**Paul STEVENS, Respondent**

v.

**Lisa JACKSON and Thomas Luther, Petitioners.**

Supreme Court of Pennsylvania.

Nov. 9, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of November, 2011, Petitioners' Petition for Allowance of Appeal is **GRANTED,** and the Superior Court's order quashing Petitioners' appeal is **VACATED.** This matter is **REMANDED** for the Superior Court to consider the substance of Petitioners' appeal. Estoppel is at issue in this case. The fact that genetic testing has occurred has not mooted out that issue; genetic testing does not resolve estoppel issues, and the estoppel issue is still being contested by the parties. Estoppel issues arising in paternity testing cases are immediately appealable. *See Jones v. Trojak,* 535 Pa. 95, 634 A.2d 201 (1993) and *Freedman v. McCandless,* 539 Pa. 584, 654 A.2d 529 (1995). Under this authority, parties are not constrained to wait until they file an appeal regarding a custody order to raise an estoppel argument.

Jurisdiction relinquished.